UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LAUGHLIN-MAGNUSSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF ADACHI, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 13-3331  MEJ (pr)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**<br><br>Doc. No. 5 |

　　On July 17, 2013, Plaintiff Shawn Laughlin-Magnusson filed a pro se civil rights action under 42 U.S.C. § 1983.  On July 31, 2013, Plaintiff filed this motion to dismiss his complaint.

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment.  Because the opposing parties in this case have not yet been served, the Court grants Plaintiff's request for voluntary dismissal without prejudice.  The Clerk of Court shall terminate all pending motions as moot and close this case.  Because Plaintiff has dismissed his complaint very early in the proceedings, the Clerk of Court shall not charge Plaintiff a filing fee.

　　IT IS SO ORDERED.

DATED: August 2, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge